| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7124
     FAX: (415) 436-7169
7
     Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  MAHMOUD MOHAMAD CHOUMMAN,         )
                                      )  No. C 09-3627 JF
13               Plaintiff,           )
                                      )
14        v.                          )  **STIPULATION TO EXTEND DATES;**
                                      )  **AND [PROPOSED] ORDER**
15  ROBERT MUELLER, III, Director,    )
    Federal Bureau of Investigation;  )
16  ERIC H. HOLDER, JR., United States)
    Attorney General;                 )
17  JANET NAPOLITANO, Secretary,      )
    Department of Homeland Security (DHS); )
18  ALEJANDRO MAYORKAS, Director,     )
    U.S. Citizenship and Immigration Services; )
19  ROSEMARY MELVILLE, District Director; )
    CAROL L. KELLER, San Jose Field Office )
20  Director, USCIS,                  )
                                      )
21               Defendants.          )
                                      )
22

23   The Plaintiff, by and through his attorney of record, and Defendants by and through their

24   attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of

25   time for Defendants to answer.  Plaintiff is scheduled for an interview on his Petition to Remove

26   Conditions on his Residence (Form I-751) on October 15, 2009, and the parties agree that there is

27   a reasonable likelihood that this case can be administratively resolved in the next 30 days, without

28   further litigation.

Stipulation to Extend Dates
C09-3627 JF                                1

1  Accordingly, the parties respectfully ask this Court to extend the date of Defendants' answer
2  by 30 days.  If the case becomes moot, the parties will file a stipulation to dismiss.  If the case is
3  not administratively resolved, the Defendants will file their answer to Plaintiff's complaint on
4  **November 12, 2009.**

5  Dated: October 6, 2009                    Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                             _____/s/_____
                                             ILA C. DEISS[1]
                                             Assistant United States Attorney
                                             Attorneys for Defendants


    Dated: October 6, 2009                    _____/s/_____
                                             DINA M. SOKHN
                                             Attorney for Plaintiff



                                         **ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.


    Date: 10/13/09                            _____
                                             JEREMY FOGEL
                                             United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Extend Dates
C09-3627 JF                                      2