| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAHMOUD MOHAMAD CHOUMMAN, | ) |
| | ) No. C 09-3627 JF |
| Plaintiff, | ) |
| | ) |
| v. | ) **STIPULATION TO DISMISS; AND** |
| | ) [PROPOSED] **ORDER** |
| ROBERT MUELLER, III, Director, | ) |
| Federal Bureau of Investigation; | ) |
| ERIC H. HOLDER, JR., United States | ) |
| Attorney General; | ) |
| JANET NAPOLITANO, Secretary, | ) |
| Department of Homeland Security (DHS); | ) |
| ALEJANDRO MAYORKAS, Director, | ) |
| U.S. Citizenship and Immigration Services; | ) |
| ROSEMARY MELVILLE, District Director; | ) |
| CAROL L. KELLER, San Jose Field Office | ) |
| Director, USCIS, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate to dismissal of the above captioned action, pursuant to Fed. R. Civ. P. 41(a).

///

///

Stipulation to Dismiss
C09-3627 JF                                           1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: December 8, 2009                          Respectfully submitted,

3

4 | JOSEPH P. RUSSONIELLO
United States Attorney

5

6 | _____/s/_____
ILA C. DEISS[1]

7 | Assistant United States Attorney
Attorneys for Defendants

8 | Dated: December 8, 2009                          _____/s/_____

9 | DINA M. SOKHN
Attorney for Plaintiff

10

11

12 | **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14

15 | Date: 12/16/09

16 | _____
JEREMY FOGEL
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C09-3627 JF                                          2